IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STEPHANIE JACOBSEN, | |
|---|---|
| Plaintiff, | 4:17-CV-3007 |
| vs. | |
| COUNTY OF DIXON, NEBRASKA, et al., | ORDER |
| Defendant. | |

In the Court's January 31, 2018 Memorandum and Order (filing 29), the Court directed the plaintiff to show cause, on or before February 13, 2018, why the remaining unnamed defendants should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve process. Cause not having been shown,

IT IS ORDERED that John Doe 1-5 and Jane Doe 1-5 are dismissed as parties.

Dated this 14th day of February, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge